UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

EMILIO V. SPENA & IDA SPENA,

    Debtors.
_____/

CASE NO. 10-45339-BKC-JKO
In proceedings under Chapter 7

## MOTION TO WITHDRAW AS COUNSEL

The Debtor, by and through undersigned counsel, files this Motion to Withdraw as Counsel and would state as grounds the following:

1. Irreconcilable differences exist at this juncture.

Wherefore, Robert J. Bigge, Jr. and Bigge & Rodriguez, P.A. move to withdraw as counsel.

I hereby certify that a true copy of the foregoing has been sent by U.S. Mail on August 8, 2016 to the attached service list.

Attorney for Debtor(s)
Bigge & Rodriguez, P.A.
915 Middle River Drive, #401
Ft. Lauderdale, FL 33304
(954) 400-7322 Phone
(954) 400-5449 Facsimile
brpa@biggerodriguez.com

By: */s/ ROBERT J. BIGGE, ESQ.*
     Robert J. Bigge, Jr.,
     FBN 906610

Suntrust Mortgage, Inc.
c/o Larry M. Foyle, Esq
POB 800
Tampa, FL 33601-0800

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

~~Bank Of America~~
~~Po Box 17054~~
~~Wilmington, DE 19850-7054~~

Bp/Cbsd
Po Box 6497
Sioux Falls, SD 57117-6497

Broadview Security
P.O Box 631877
Irving, TX 75063-0030

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase Bank Usa, Na
Po Box 15298
Wilmington, DE 19850-5298

Chase Na
800 Brooksedge Blv
Westerville, OH 43081-2822

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

~~Fia Csna~~
~~Po Box 17054~~
~~Wilmington, DE 19850-7054~~

Fnb Omaha
Po Box 3412
Omaha, NE 68103-0412

~~Gemb/City Furn~~
~~Po Box 981439~~
~~El Paso, TX 79998-1439~~

~~Gemb/Dillards~~
~~Po Box 981400~~
~~El Paso, TX 79998-1400~~

~~Gemb/Old Navy~~
~~Po Box 981400~~
~~El Paso, TX 79998-1400~~

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197-5253

(p)HSBC BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 5213
CAROL STREAM IL 60197-5213

Hsbc/Rs
90 Christiana Rd
New Castle, DE 19720-3118

Mazda Amer Cr
9009 Caruthers Pkwy
Franklin, TN 37067-1704

Nissan Motor Acceptanc
Po Box 660360
Dallas, TX 75266-0360

Office of the US Trustee
(electronically)

Suntrust Bk S Fl Na
1501 Ne 26th St
Fort Lauderdale, FL 33305-1323

Suntrust Mortgage/Cc 5
1001 Semmes Ave
Richmond, VA 23224-2245

Water and Waste Services
2555 W. Copans Rd.
Pompano Beach, FL 33069-1233

Wells Fargo Bank
711 W Broadway Rd
Tempe, AZ 85282-1218

~~Wfnnb/Express~~
~~Po Box 330066~~
~~Northglenn, CO 80233-8066~~

Demetrios C Kirkiles Esq
1619 S Andrews Ave
Ft. Lauderdale, FL 33316-2509

Emilio V Spena
3399 S.W. 17th Street
Fort Lauderdale, FL 33312-3642

Ida Spena
1001 S.E.16th Street Apt 15
Fort Lauderdale, FL 33316-2159

Leslie S Osborne
(electronically)

~~Hsbc/Bsbuy~~
~~Po Box 15519~~
~~Wilmington, DE 19850~~

American Honda Finance
Po Box 1027
Alpharetta, GA 30009

Cap One
Po Box 85520
Richmond, VA 23285

 (d)Hsbc/Costc
 Po Box 15524
 Wilmington, DE 19850